

# FLAT RATE ENVELOPE
## ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

# TRACKED ■ INSURED



PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

For Domestic shipments, the maximum weight is 70 lbs. For inte

# PRIORITY®
# MAIL

RECEIVED

AUG 05 2022

USDC Clerk's Office
Mail Room

## VISIT US AT USPS.COM®
### ORDER FREE SUPPLIES ONLINE

ional shipments, the maximum weight is 20 lbs.

 **PRI** **M**

- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (res
- USPS Tracking® included for domestic and many international
- Limited international insurance.**
- When used internationally, a customs declaration form is requ

*Insurance does not cover certain items. For details regarding claims exclusion
Domestic Mail Manual at *http://pe.usps.com*.
** See International Mail Manual at *http://pe.usps.com* for availability and limita

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

# TRACKED ■ INSURED

To schedu
sca



EP14F May 2020
OD: 12 1/2 x 9 1/2

USP

**PRIORITY MAIL
FLAT RATE ENVELOPE
POSTAGE REQUIRED**

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009993618
17405176
FROM 29720

stamps
endicia
08/03/2022

## PRIORITY MAIL 2-DAY™

Robert A. Dillow
500 Robert Street, Apt. M
Radford VA 24141

C001

SHIP TO:
CLERK, U.S DISTRICT COURT FOR THE
Western District of Virginia
210 FRANKLIN RD SW STE 540
ROANOKE VA 24011-2208

USPS TRACKING #



9405 5111 0803 3433 1841 04

