# SERVICE OTHER THAN BY VIRGINIA SHERIFF

VA. CODE 8.01-293, 8.01-320, 8.01-325

Case No. 7:22-cv-00280-TTC

U.S. DISTRICT COURT
WESTERN DISTRICT VIRGINIA
ROBERT DILLOW                            v.   VIRGINIA POLYTECHNIC INSTITUTE AND STATE

SERVE > ANTHONY SCOTT
VIRGINIA POLYTECHNIC INSTITUTE AND STATE
~~800 DRILLFIELD DR, 236 BURRUSS~~   109 NEW WEST HALL
BLACKSBURG, VA

is the name and address of the person upon whom service of the following is to be made.

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

[X] SUMMONS & COMPLAINT

08/19/2022

JULIA C. DUDLEY, CLERK
BY: A. Seagle
DEPUTY CLERK

I, the undersigned swear/affirm that:
1. [ ] I am an official or an employee of an official who is authorized to serve process of type described in the attached Proof of Service and my title and bailiwick are:

or,

2. [X] I am a private process server. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am over 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

- Date and time of service:   17 AUG 22   9:36 AL

- Place of service:   SAME AS ABOVE
                     Street Address, City and State

- Method of service:

[X] personal service    [ ] Other (allowed only in Virginia)

[ ] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport.
   List name, age of recipient, and relation of recipient to party:

   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

AUG 17 2022
DATE

SIGNATURE

Name (Print or Type)   PAUL YENGST

State of Virginia    [X] City    [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this day by the above named process server

AUG 17 2022
DATE

NOTARY PUBLIC

PAUL YENGST & ASSOCIATES, INC.    P.O. BOX 2525 ROANOKE, VA 24010    540-725-4100
PROCESS SERVICE SINCE 1985

CAREY SCHENK GIBSON
Notary Public - Reg. # 7583712
Commonwealth of Virginia
My Commission Expires July 31, 2026