CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

August 25, 2022

JULIA C. DUDLEY, CLERK
BY: s/ S. Neily
DEPUTY CLERK

# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## Western District of Virginia

Case Number: 7:22-CV-00280-TTC

Plaintiff:
**Robert Dillow**

vs.

Defendant:
**Virginia Polytechnic Institute and State University, et al**

For:
Robert A. Dillow
Pro Se
500 Robery Street
Apt. M
Radford, VA 24141

Received by Greentree Legal on the 17th day of August, 2022 at 8:43 am to be served on **Steven Schuh, 19 Paul Lane, Alexandria, KY 41001**.

I, Jana Nell, do hereby affirm that on the **17th day of August, 2022** at **9:26 pm, I:**

**INDIVIDUALLY/PERSONALLY** served by delivering a true copy of the **Summons in a Civil Action, Complaint for Damages and for Injunctive Relief, Jury Trial Demanded** to: **Steven Schuh** at usual place of Abode at **19 Paul Lane, Alexandria, KY 41001**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 27, Sex: M, Race/Skin Color: White, Height: 5'11", Weight: 180, Hair: Blonde, Glasses: Y

I certify that I am over the age of 18, have no interest in the above action, and am in good standing in the judicial circuit in which the process was served.

Jana Nell
Process Server

Greentree Legal
10925 Reed Hartman Highway
Suite 300
Cincinnati, OH 45242
(513) 891-8600

Our Job Serial Number: GRT-2022008242
Ref: Dillow