**PRIORITY MAIL FLAT RATE ENVELOPE**
**POSTAGE REQUIRED**

PRESS FIRMLY TO SEAL


FSC MIX Board FSC® C116916


PAPER POUCH
how2recycle.info

**PRIORITY MAIL**
**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP


PS00001000012
EP14B
OD: 10

9405 5111 0803 3429 5726 56

USPS TRACKING #

SHIP TO:
Robert A. Dillow
500 Robery Street, Apt. M
Radford VA 24141

CLERK, US DISTRICT COURT WESTERN DIS
210 FRANKLIN RD SW STE 540
ROANOKE VA 24011-2208

RECEIVED
AUG DC Clerk's Office
Mail Room

PRIORITY MAIL 2-DAY™

C001

US POSTAGE & FEES PAID
PRIORITY MAIL
ZONE 2 FLAT-RATE ENVELOPE
ComPlsPrice

062S0009993645
17405176
FROM 29720

stamps
endicia
08/23/2022

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14B © U.S. Postal Service; June 2020; All rights reserved.



# UNITED STATES POSTAL SERVICE®  |  PRIORITY® MAIL

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## TRACKED ■ INSURED



PS00001000012

EP14B June 2020
OD: 10 x 6

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.