IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DILLOW,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:22cv280 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

### NOTICE OF APPEARANCE

To:   The Clerk of Court and All Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for defendants Virginia Polytechnic Institute and State University, Shara Penermon, Steven Schuh, Katie Polidoro, Anthony Scott, and Frances Keene.

Respectfully Submitted,

By: /s/ Nathan H. Schnetzler
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: nschnetzler@faplawfirm.com


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0449\NHS
4862-5699-9216 .v1

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record, and I have mailed a copy to the address of record of the *pro se* plaintiff:

Robert A. Dillow
500 Robery Street, Apt. M
Radford, VA 24141

                                                    /s/ Nathan H. Schnetzler
                                                         Of Counsel



FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0449\NHS
4862-5699-9216 .v1