IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JOHN DOE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 7:21cv378 |
| | ) | |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al., | ) ) | |
| | ) | |
| Defendants. | ) | |

### NOTICE OF APPEARANCE

To:   The Clerk of Court and All Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for defendants Virginia Polytechnic Institute and State University, Shara Penermon, Steven Schuh, Katie Polidoro, Anthony Scott, and Frances Keene.

Respectfully Submitted,

/s_____
Katherine C. Londos (VSB #: 36848)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com



629.0449\NHS
4853-3510-4304 .v1

- 1 -

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record, and I have mailed a copy to the address of record of the *pro se* plaintiff:

Robert A. Dillow
500 Robery Street, Apt. M
Radford, VA 24141

                                               /s/ Katherine C. Londos
                                                         Of Counsel



FRITH
ANDERSON
+PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

629.0449\NHS
4853-3510-4304 .v1