IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

**Robert Dillow,**

    **Plaintiff,**

**v.**                                        **Civil Action No. 7:22cv280**

**Virginia Polytechnic Institute and State University, et al,**

    **Defendant.**

## NOTICE

This case is before the Court pursuant to Plaintiff's Motion to Dismiss filed 8/31/2022. Before ruling on this motion, the Court will give Defendant(s) twenty-one (21) days from the date of this Notice to submit counter-affidavits or other relevant evidence contradicting, explaining or avoiding Plaintiff's evidence. Failure of Defendant(s) to so respond may, if appropriate, result in summary judgment being granted for Plaintiff(s).

If Defendant(s) have already submitted counter-affidavits or other relevant evidence contradicting, explaining, or avoiding Plaintiff(s) evidence, Defendant(s) may disregard this notice.

Issued and mailed this 1st day of September, 2022.

                                                                **LAURA A. AUSTIN, CLERK**

                                        By:    <u>s/Stacy Neily</u>
                                                    Deputy Clerk