# SERVICE OTHER THAN BY VIRGINIA SHERIFF

VA. CODE 8.01-293, 8.01-320, 8.01-325

U.S. DISTRICT COURT
WESTERN DISTRICT VIRGINIA

ROBERT DILLOW

SERVE > RACHEL TULLY
1004 PALMER DR
BLACKSBURG, VA

is the name and address of the person upon whom service of the following is to be made.

Case No. 7:22-cv-00280-TTC

v. VIRGINIA POLYTECHNIC INSTITUTE AND STATE

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED

SEP 02 2022

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

[X] SUMMONS & COMPLAINT
[ ]

I, the undersigned swear/affirm that:

1. [ ] I am an official or an employee of an official who is authorized to serve process of type described in the atttached Proof of Service and my title and bailiwick are:

   or,

   [X] I am a private process server.
2. I am not a party to, or otherwise interested in, the subject matter in controversy in this case.
3. I am over 18 years of age or older.
4. I served, as shown below, the above-named person upon whom service of process was to be made with copies described above.

   - Date and time of service:   24 AUG 22

   - Place of service:   SAME AS ABOVE
                        Street Address, City and State

   - Method of service:

   [ ] personal service   [ ] Other (allowed only in Virginia)

   [X] Being unable to make personal service, a copy was delivered in the following manner:
   [ ] Delivery to family member (not temporary sojourner or guest) age 16 or older at usual place of abode of person to be served after giving information of its purport.
   List name, age of recipient, and relation of recipient to party:
   NEW RESIDENTS HERE 1 MONTH
   [ ] Posted on front door or such other door as appears to be the main entrance of usual place of abode (other authorized recipient not found).

AUG 26 2022
DATE

SIGNATURE

Name (Print or Type)   PAUL YENGST

State of Virginia   [X] City   [ ] County of Roanoke

Subscribed and sworn to/affirmed before me this day by the above named process server

AUG 26 2022
DATE

NOTARY PUBLIC

CAREY SCHENK GIBSON
Notary Public - Reg. # 7583712
Commonwealth of Virginia
My Commission Expires July 31, 2026

PAUL YENGST & ASSOCIATES, INC.   P.O. BOX 2525 ROANOKE, VA 24010   540-7...
PROCESS SERVICE SINCE 1985

Robert A. Dillow
500 Robery Street, Apt. M
Radford, VA 24141

CHARLOTTE NC 280

31 AUG 2022 PM 4

$0.57
US POSTAGE
FIRST-CLASS
FROM 29720
AUG 31 2022
stamps
endicia

CLERK, UNITED STATES DISTRICT COURT FOR THE WESTERN DIS
210 FRANKLIN RD SW STE 540
ROANOKE VA 24011-2208

24011-220840

RECEIVED

SEP 0 2 2022

USDC Clerk's Office
Mail Room