AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Robert Dillow | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 7:22-cv-00280-TTC |
| Virginia Polytechnic Institute and State Univ., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Robert Dillow.

Date: 09/07/2022

/s/ William W. Smith, III, Esq.
*Attorney's signature*

William W. Smith, III, VA Bar ID 92533
*Printed name and bar number*

Critzer Cardani, PC
12090 West Broad Street, 2nd Floor
Henrico, VA 23233

*Address*

Will@cclawva.com
*E-mail address*

(804) 793-8010
*Telephone number*

(804) 767-3436
*FAX number*