# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DILLOW,**　*Plaintiff,*　　v.　**VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, et al.**　*Defendants.* | Case No. 7:22-cv-00280-TTC　　**MOTION FOR ADMISSION PRO HAC VICE** |

I, William W. Smith, III, Esq., am a member in good standing of the bar of this Court. I am moving for admission of Keith Altman, Esq. to appear pro hac vice in this case as counsel for Robert Dillow (presently *pro se*).

We certify that:

1.The proposed admittee is not a member of the Virginia bar and does not maintain any law office in Virginia.

2.The proposed admittee is a member in good standing of the bars of the State Courts and/or United States Courts as listed on *Exhibit A* attached hereto.

3.During the twelve months immediately preceding this motion, the proposed admittee has <u>not</u> been admitted pro hac vice in this Court.

4.     The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5.     The proposed admittee is familiar with the Virginia Attorneys' Rules of Professional Conduct, the Federal Rules of Civil Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure, and the Local Rules of this Court, and understands he shall be subject to the disciplinary jurisdiction of this Court.

6.     The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7.     The undersigned movant is a member of the bar of this Court in good standing and will serve as local counsel in these proceedings.

8.     We hereby certify under penalties of perjury that the foregoing statements are true and correct.

Date: September 7, 2022                              Respectfully Submitted,

MOVANT                                               PROPOSED ADMITTEE

/s/ *William W. Smith*

| William W. Smith, III, Esq. | Keith Altman, Esq. |
|---|---|
| (VA Bar ID 92533) | Law Office of Keith Altman |
| Critzer Cardani, PC | 33228 West 12 Mile Road, Suite 375 |
| 12090 West Broad Street, 2nd Floor | Farmington Hills, MI 48334 |
| Henrico, VA 23233 | (248) 987-8929 |
| (804) 793-8010 | keithaltman@kaltmanlaw.com |
| (804) 767-3436 fax | |
| Will@cclawva.com | |

# EXHIBIT A

## Keith Altman List of Court Admissions

| State Court/Bar ID | Admission Date | Status |
|---|---|---|
| California/257309 | 8/25/2008 | Active |
| Michigan/P81702 | 6/21/2017 | Active |

| Federal Court/Bar ID | Admission Date | Status |
|---|---|---|
| Eastern Michigan | 12/4/2015 | Active |
| Western Michigan/CA257309 | 2011 | Active |
| District of Maryland/20234 | 12/8/2017 | Active |
| Northern California/257309 | 4/5/2011 | Active |
| Southern California/257309 | 9/4/2008 | Active |
| Central California/257309 | 2/7/2013 | Active |
| Eastern California/257309 | 8/29/2017 | Active |
| Northern New York/702338 | 12/2/2020 | Active |
| Southern Indiana/257309 | 1/20/2021 | Active |
| Northern Illinois/P81702 | 2/16/2021 | Active |
| Central Illinois/7314 | 8/13/2021 | Active |
| District of Colorado | 6/8/2009 | Active |
| District of North Dakota | 3/9/2022 | Active |
| Southern Texas/CA257309 | 3/4/2022 | Active |

| **Federal Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| Western Texas/257309 | 10/27/2021 | Active |

| **Appeals Court/Bar ID** | **Admission Date** | **Status** |
|---|---|---|
| First Circuit | 7/6/2022 | Active |
| Second Circuit | 3/17/2017 | Active |
| Third Circuit | 1/11/2022 | Active |
| Fourth Circuit | 4/5/2022 | Active |
| Fifth Circuit | 1/29/2020 | Active |
| Sixth Circuit | 4/16/2018 | Active |
| Eighth Circuit/17-0173 | 4/12/2017 | Active |
| Ninth Circuit/CA257309 | 5/29/2018 | Active |
| Eleventh Circuit | 2017 | Active |

| **U.S. Supreme Court/ID** | **Admission Date** | **Status** |
|---|---|---|
| U.S. Supreme Court/281811 | 1/9/2012 | Active |