**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **ROBERT DILLOW,** )<br> )<br>       Plaintiff, )<br> )<br>v. )<br> )<br>**VIRGINIA POLYTECHNIC INSTITUTE** )<br>**AND STATE UNIVERSITY, et al.,** )<br> )<br>       **Defendants.** ) | Case No. 7:22cv280 |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and All Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for defendants Shanai Sloan[1] and Rachael Tully.

 

Respectfully Submitted,

/s
Katherine C. Londos (VSB #: 36848)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:    540/772-9167
Email: klondos@faplawfirm.com



---

[1] Improperly named "Shani Sloan".

- 1 -

629.0449\NHS
4889-2820-8177 .v1

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

        /s/ Katherine C. Londos
        Of Counsel



FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

- 2 -

629.0449\NHS
4889-2820-8177 .v1