IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DILLOW,** ) | |
| ) | |
|    Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:22cv280 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
|    **Defendants.** ) | |

## NOTICE OF APPEARANCE

To:   The Clerk of Court and All Parties of Record

I am admitted to practice in this court, and I appear in this case as counsel for defendants Shanai Sloan[1] and Rachael Tully.

          Respectfully Submitted,

          By: /s/ Nathan H. Schnetzler
          Nathan H. Schnetzler (VSB #: 86437)
          FRITH ANDERSON + PEAKE, P.C.
          29 Franklin Road, SW
          P.O. Box 1240
          Roanoke, Virginia 24006-1240
          Phone: 540/772-4600
          Fax:    540/772-9167
          Email: nschnetzler@faplawfirm.com


FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW
Roanoke, Virginia

---

[1] Improperly named "Shani Sloan".

629.0449\NHS
4876-8675-9729 .v1

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

/s/ Nathan H. Schnetzler<br>
Of Counsel

629.0449\NHS
4876-8675-9729 .v1