# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DILLOW,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:22cv280 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
| Defendants. ) | |

### DECLARATION OF RACHAEL TULLY

Commonwealth of Virginia, City of Richmond, to wit:

1. My name is Rachael Tully.

2. I am over the age of eighteen (18) and competent to declare the matters contained herein.

3. I base the information contained in this Declaration on my personal knowledge.

4. I am a former employee of Virginia Polytechnic Institute and State University.

5. I understand that I have been named as a defendant in this lawsuit.

6. I understand that on August 24, 2022, an individual attempted to serve me with a copy of this lawsuit at the following address: 1004 Palmer Drive, Blacksburg, Virginia.



7. I do not reside at 1004 Palmer Drive, Blacksburg, Virginia, and did not reside there on August 24, 2022.

8. I have not been served in person or otherwise with a copy of this lawsuit.

9. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1

629.0449\NHS
4855-3914-5009 .v1

- 2 -

Date: 9/ 07 /2022

_____
RACHAEL TULLY


FRITH
ANDERSON
PEAKE

Error! Unknown document property name.
Error! Unknown document property name.