**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION**

| | |
|---|---|
| **ROBERT DILLOW,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 7:22cv280 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

### MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF TWENTY-FIVE PAGES

Defendants Virginia Polytechnic Institute and State University, Shara Penermon, Steven Schuh, Katie Polidoro, Anthony Scott, and Frances Keene, by counsel, hereby request leave to file a brief in support of their Motion to Dismiss Pursuant to Rule 12(b)(6) in excess of twenty-five pages. Plaintiff adds several additional claims in his Amended Complaint, and defendants' memorandum addresses multiple procedural and substantive hurdles that are dispositive of Plaintiff's claims that must be addressed lest defendants waive the argument. Finally, defendants have offered additional arguments for the Court's consideration and confirming why the case should be dismissed *with prejudice*. Given these circumstances and the significance of the issues at stake, defendants submit that good cause exists for permitting defendants to exceed the Court's twenty-five page limit for briefs.

WHEREFORE, defendants respectfully request that the Court enter an Order granting their Motion for Leave to File Brief in Excess of Twenty-Five Pages and granting such further relief as the Court deems just and proper.



- 1 -

629.0449\NHS
4864-0949-7654 .v1

Respectfully submitted,

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, SHARA PENERMON, STEVEN SCHUH, KATIE POLIDORO, ANTHONY SCOTT, and FRANCES KEENE

/s/
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
            nschnetzler@faplawfirm.com


Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Stephen F. Capaldo (VSB No.: 74045)
*scapaldo@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24060
Phone: (540) 231-6293
Fax: (540) 231-6474

*Counsel for Virginia Polytechnic Institute and State University, Shara Penermon, Steven Schuh, Katie Polidoro, Anthony Scott, and Frances Keene*

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                    /s/ Nathan H. Schnetzler  
                                                         Of Counsel



629.0449\NHS  
4864-0949-7654 .v1