# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW, *Plaintiff,* v. VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; et al., *Defendants.* | Case No. 7:22-cv-00280-TTC |

## MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS

**NOW COMES** Plaintiff ROBERT DILLOW, by and through his attorneys, with this Motion for Extension of Time to Respond to Defendant's Motion to Dismiss and hereby states the following:

1. Defendants filed their Motion to Dismiss pursuant to Fed. R. Civ. P. 12(b)(6) on October 5, 2022 (ECF 033).

2. Plaintiff's Response to Defendants Motion to Dismiss is due on October 19, 2022.

3. Plaintiff's firm has undergone unexpected staffing changes in October 2022. Due to such, Plaintiff is seeking an extension to file their response to Defendants Motion to Dismiss.

4. Plaintiff respectfully requests a 30-day extension of time to file their Response to Defendants Motion to Dismiss, making the Response due on or before November 18, 2022.

5. Plaintiff has reached out to confer with the Defendants on the details of the present Motion. At the time of filing, Defendant have not gotten back with Plaintiff.

6. This request is not filed for the purpose of delay, and no party will be prejudiced by the granting of this motion.

**WHEREFORE** the Plaintiff requests that the Court approve the foregoing Motion.

Date: October 7, 2022               Respectfully submitted,

Keith Altman, Esq.
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com
A*ttorneys for Plaintiff*

/s/ *William W. Smith*
William W. Smith, III, Esq.
(VA Bar ID 92533)
Critzer Cardani, PC
12090 West Broad Street, 2nd Floor
Henrico, VA 23233
(804) 793-8010
(804) 767-3436 fax
Will@cclawva.com

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW, *Plaintiff,* v. VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; et al., *Defendants.* | Case No. 7:22-cv-00280-TTC |

## ORDER

This Matter, having come before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion to Dismiss, and that the Motion is made in good cause, it is hereby:

**ORDERED** that Plaintiff's Motion for Extension of Time to Respond to Defendants' Motions to Dismiss is granted and the Plaintiff shall have to and including _____, 2022, to file their Response.

DATED October _____, 2022.

BY THE COURT:

_____
United States Magistrate

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW,  *Plaintiff,*  v.  VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; et al.,  *Defendants.* | Case No. 7:22-cv-00280-TTC |

## CERTIFICATE OF SERVICE

I certify that on October 7, 2022, I served the foregoing Motion for Extension of Time to Respond to Defendants' Motion to Dismiss upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.