# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **Robert Dillow** | Action No:   7:22CV280 |
| | Date:   11/16/2022 |
| vs. | Judge:   Thomas T. Cullen |
| | Court Reporter:   J. Webb |
| **Virginia Polytechnic Institute and State University, et al** | Deputy Clerk:   C. Kemp |

Plaintiff Attorneys

Keith Altman
William Smith, III

Defendant Attorneys

Nathan Schnetzler
Hud McClanahan
Kay Heidbreder

PROCEEDINGS:
Hearing held via Zoom.gov on ECF 24 Motion to Dismiss by Special Appearance pursuant to Fed. R. Civ. P. 4(m) and 12(b)(5), ECF 30 Motion to Dismiss for Lack of Jurisdiction and ECF 33 Motion to Dismiss for Failure to State a Claim.
Court addresses the parties.
Arguments from Counsel.
Comments from Court.
Written Opinion and Order forthcoming.
Adjourned.


Time in Court:   9:00a-10:04a Total time 1h4mins