IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DILLOW,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 7:22cv280 |
| ) | |
| **VIRGINIA POLYTECHNIC INSTITUTE** ) | |
| **AND STATE UNIVERSITY, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE

Defendants Virginia Polytechnic Institute and State University, Shara Penermon, Steven Schuh, Katie Polidoro, Anthony Scott, and Frances Keene (collectively "Defendants"), by counsel, hereby notify the Court that the Court of Appeals of Virginia decided the case of English v. Quinn, No. 0420-22-3, on Tuesday, November 29, 2022, and ruled that the Supreme Court of Virginia's Emergency Orders in response to the COVID-19 pandemic tolled all statutes of limitations from March 16, 2020, through July 19, 2020. A copy of the decision of the Court of Appeals of Virginia is enclosed as **Exhibit A**.

        Respectfully submitted,

        VIRGINIA POLYTECHNIC INSTITUTE AND
        STATE UNIVERSITY, SHARA PENERMON,
        STEVEN SCHUH, KATIE POLIDORO, ANTHONY
        SCOTT, and FRANCES KEENE



FRITH ANDERSON +PEAKE PC
ATTORNEYS AT LAW

629.0449\NHS
4875-1280-0832 .v1

/s/_____
Katherine C. Londos (VSB #: 36848)
Nathan H. Schnetzler (VSB #: 86437)
FRITH ANDERSON + PEAKE, P.C.
29 Franklin Road, SW
P.O. Box 1240
Roanoke, Virginia 24006-1240
Phone: 540/772-4600
Fax:     540/772-9167
Email: klondos@faplawfirm.com
         nschnetzler@faplawfirm.com


Kay Heidbreder (VSB No.: 22288)
University Legal Counsel and
Senior Assistant Attorney General
*heidbred@vt.edu*
M. Hudson McClanahan (VSB No.: 46363)
*hud3@vt.edu*
Kristina J. Hartman (VSB No.: 92279)
*kjhart06@vt.edu*
Stephen F. Capaldo (VSB No.: 74045)
*scapaldo@vt.edu*
Associate University Legal Counsel and
Assistant Attorney General
University Legal Counsel (0121)
Burruss Hall, Suite 236, Virginia Tech
800 Drillfield Drive
Blacksburg, VA  24060
Phone: (540) 231-6293
Fax: (540) 231-6474

*Counsel for Virginia Polytechnic Institute and State University, Shara Penermon, Steven Schuh, Katie Polidoro, Anthony Scott, and Frances Keene*



629.0449\NHS
4875-1280-0832 .v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 30, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record.

                                                  /s/ Nathan H. Schnetzler
                                                          Of Counsel



FRITH ANDERSON + PEAKE PC
ATTORNEYS AT LAW

629.0449\NHS
4875-1280-0832 .v1