IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW, ) | |
| ) | |
| Plaintiff, ) | Case No. 7:22cv00280 |
| ) | |
| v. ) | **ORDER** |
| ) | |
| VIRGINIA POLYTECHNIC INSTITUTE ) | By:   Hon. Thomas T. Cullen |
| AND STATE UNIVERSITY, *et al.*, ) | United States District Judge |
| ) | |
| Defendants. ) | |

For the reasons stated in the court's Memorandum Opinion, it is hereby **ORDERED** that Defendant Shani Sloan and Rachael Tully's motion to dismiss for improper service (ECF No. 24) is **GRANTED**, Defendants Virginia Tech, Frances Keene, Shara Penermon, Katie Polidoro, Steven Schuh, and Anthony Scott's motions to dismiss for lack of jurisdiction (ECF No. 30) and for failure to state a claim (ECF No. 33) are **GRANTED**, and the previously filed motion to dismiss (ECF No. 12) is **DENIED AS MOOT**. Plaintiff Robert Dillow will be permitted to file a second amended complaint within **21** days, if he so chooses.

The Clerk is directed to forward copies of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 2nd day of March, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE