# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ROBERT DILLOW,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 7:22cv280 |
| | ) |
| **VIRGINIA POLYTECHNIC INSTITUTE** | ) |
| **AND STATE UNIVERSITY, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is Defendants' Motion for Leave to File Brief in Excess of Twenty-Five Pages. For the reasons set forth in Defendants' Motion, for good cause shown, and in the interests of justice, it is **ORDERED** that Defendants' Motion is **GRANTED**.

The Clerk is directed to send copies of this Order to all counsel of record.

It is **SO ORDERED**.

Entered: April 6, 2023

*/s/ Thomas T. Cullen*
Hon. Thomas T. Cullen
United States District Judge

629.0449\NHS
4865-3770-7612 .v1