# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW,<br><br>*Plaintiff,*<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; et al.,<br><br>*Defendants.* | Case No. 7:22-cv-00280-TTC |

## VOLUNTARY DISMISSAL OF RACHAEL TULLY WITHOUT PREJUDICE

Now comes Plaintiff, through his counsel, in the above captioned case, and voluntarily dismisses Defendant Rachael Tully, without prejudice, with each party to bear his or her own costs and fees.

Date: April 17, 2023

Respectfully submitted,

Keith Altman, Esq. (*pro hac vice*)
LAW OFFICE OF KEITH ALTMAN
33228 West 12 Mile Road, Suite 375
Farmington Hills, Michigan 48334
Telephone: (987) 987-8929
keithaltman@kaltmanlaw.com

/s/ *William W. Smith*
William W. Smith, III, Esq.
(VA Bar ID 92533)

Critzer Cardani, PC
12090 West Broad Street, 2nd Floor
Henrico, VA 23233
(804) 793-8010
(804) 767-3436 fax
Will@cclawva.com

*Attorneys for Plaintiff*

# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW, *Plaintiff,* v. VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; et al., *Defendants.* | Case No. 7:22-cv-00280-TTC |

## CERTIFICATE OF SERVICE

I certify that on April 17, 2023, I served the foregoing Voluntary Dismissal of Rachael Tully upon all parties herein by filing copies of same using the ECF System.

Respectfully Submitted,

Keith Altman, Esq.