IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW, | ) |
| Plaintiff, | ) Case No. 7:22cv00280 |
| v. | ) **ORDER** |
| VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, *et al.*, | ) By:   Hon. Thomas T. Cullen<br>) United States District Judge |
| Defendants. | ) |

This matter is before the court on two motions to dismiss filed by Defendants Virginia Polytechnic Institute and State University ("Virginia Tech"), Shara Penermon, Steven Schuh, and Rachael Tully. (ECF Nos. 52 & 55.) Plaintiff Robert Dillow voluntarily dismissed his claims against Rachael Tully on April 17, 2023 (*see* ECF No. 58), leaving only the claims against Virginia Tech, Penermon, and Schuh. For the reasons stated in the court's Memorandum Opinion, it is hereby **ORDERED** that the pending motions to dismiss are **GRANTED** and all remaining claims are **DISMISSED WITH PREJUDICE**.

The Clerk is directed to forward a copy of this Order and the accompanying Memorandum Opinion to the parties.

**ENTERED** this 12th day of September, 2023.

*/s/ Thomas T. Cullen*
HON. THOMAS T. CULLEN
UNITED STATES DISTRICT JUDGE