**Notice of Appeal to a Court of Appeals From a Judgment of a District Court**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ROBERT DILLOW,<br><br>      Plaintiff,<br><br>v.<br><br>VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY, *et al.*,<br><br>      Defendants. | Notice of Appeal<br>Case No.: 7:22cv00280 |

Notice is given that Robert Dillow, through undersigned counsel, and pursuant to Rule 4 of the Federal Rules of Appellate Procedure, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the final judgment entered by this Court on September 12, 2023.

Dated: October 12, 2023                                    Respectfully submitted,

                                                                     */s/* William W. Smith, III

                                                                    William W. Smith, III (VSB# 92533)
                                                                    Critzer Cardani, PC
                                                                    12090 W. Broad Street, 2nd Floor
                                                                    Richmond, Virginia 23233
                                                                    Tel: (804) 793-8010
                                                                    Fax: (804) 767-3436
                                                                    will@cclawva.com

                                                                    *Counsel for Plaintiff*