FILED: December 12, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-2087
(7:22-cv-00280-TTC)
_____

ROBERT DILLOW

        Plaintiff - Appellant

v.

VIRGINIA POLYTECHNIC INSTITUTE AND STATE UNIVERSITY; SHARA PENERMON, in her individual capacity; STEVEN SCHUH, in his individual capacity

        Defendants - Appellees

and

SHANAI SLOAN, in her individual capacity; RACHAEL TULLY, in her individual capacity; KATIE POLIDORO, in her individual capacity; ANTHONY SCOTT, in his individual capacity; FRANCES KEENE, in his individual capacity; DOE DEFENDANTS 1-20, in their individual capacities

        Defendants

_____

O R D E R
_____

The court dismisses this proceeding for failure to prosecute pursuant to Local Rule 45.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk